**STATE of Missouri, Respondent,**

v.

**Gary T. WASHINGTON, Appellant.**

**No. WD 63477.**

Missouri Court of Appeals,
Western District.

April 19, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 31, 2005.

Application for Transfer Denied
Aug. 30, 2005.

Nancy A. McKerrow, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before HARDWICK, P.J., ULRICH and NEWTON, JJ.

***ORDER***

PER CURIAM.

Gary Washington appeals his jury conviction for tampering in the first degree, Section 569.080.1(2). Upon review of the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 30.25(b).